**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00618-CV

**CHARLES MITCHELL, Appellant**

**V.**

**RUTH HOUSTON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14792**

## ORDER

The Court has before it appellant's November 20, 2013 motions to extend time to file his brief and to suspend the Court's local rule to allow appellant to file only the original of his brief. We **GRANT** the motions. We **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Charles Mitchell, TDCJ No. 1851936, Allred Unit, 2101 F.M. 369 N., Iowa Park, Texas 76367.

We **DIRECT** the Clerk to send appellee a copy of this order by first-class mail.

/s/     DAVID LEWIS
          JUSTICE